## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Antonio Smith

                Plaintiff,

v.

Amnad, Inc., et al.

                Defendant.

Case No.: 1:22–cv–01554
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: Minute entry dated 9/8/23 [46] is amended as follows: In light of the settlement approval, this case is dismissed without prejudice to automatically convert to a dismissal with prejudice 14 days after payment is due, or October 10. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.